JS-6

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10                                    | Case No.  CV 18-01378-AB (FFMx)
11   Suzanne Fornario et al            |
12                   Plaintiff,        | ORDER DISMISSING CIVIL ACTION
13   v.                                |
14   Ford Motor Company et al          |
15                   Defendants.       |
16

17          THE COURT having been advised by counsel that the above-entitled action has
18   been settled;
19          IT IS THEREFORE ORDERED that this action is hereby dismissed without
20   costs and without prejudice to the right, upon good cause shown within __60__ days, to
21   re-open the action if settlement is not consummated.  This Court retains full
22   jurisdiction over this action and this Order shall not prejudice any party to this action.
23
24
25   Dated:  April 5, 2018        _____
26                               ANDRÉ BIROTTE JR.
                                 UNITED STATES DISTRICT JUDGE
27
28

                                          1.