JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE FORNARIO, an individual; and JENNIFER WHITE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware corporation; FELDMAN URI, an individual *dba* KEARNY PEARSON FORD; and DOES 1 through 75, inclusive,<br><br>Defendants. | Case No. 2:18-cv-01378-AB-FFM<br>MDL No. 2:18-ml-02814-AB (FFMx)<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Andre Birotte, Jr.<br>Ctrm: 15A, 15th Floor<br><br>Complaint Filed: November 16, 2017<br>Trial Date: None Set |

On May 24, 2018, Plaintiffs SUZANNE FORNARIO and JENNIFER WHITE along with Defendants FORD MOTOR COMPANY and FELDMAN URI, an individual *dba* KEARNY PEARSON FORD, entered into a stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

By the stipulation, the Parties agreed that the above-captioned action is voluntarily dismissed with prejudice in its entirety.

Therefore, good cause having been shown and the parties having stipulated to same, the Court hereby makes the following order:

IT IS ORDERED THAT:

1. This entire action is dismissed with prejudice, and each party shall bear their own fees and costs.

Dated:_June 19, 2018_____

_____
ANDRE BIROTTE JR.
United States District Court Judge
Central District of California